UNITED STATES DISTRICT COURT DISTRICT OF MAINE
UNITED STATES OF AMERICA

| | |
|---|---|
| ZACHARY SWAIN | ) |
| | ) |
| v. | )   1:22-cv-00408-SDN |
| | ) |
| MAINE DEP'T of CORRECTIONS, | ) |
| *Et al.* | ) |

**ATTORNEY HANLY'S MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Attorney Hanly and moves this honorable court to withdraw her appearance from the above-entitled matter.  In support thereof, Attorney Hanly further states:

1. Ms. Hanly's employment by Garmey Law has ended.

2. Attorney Alexis Chardon will continue to represent Mr. Swain.

WHEREFORE for the forgoing reasons, Attorney Hanly respectfully requests that this Honorable Court withdraw Ms. Hanly as counsel of record for Plaintif.f

Dated this 14th day of March, 2025.                    Respectfully Submitted,
                                                       /s/ *Kristine C. Hanly*

                                                       Kristine C. Hanly, #4500

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleadings on Plaintiff's Counsel, Alexis Garmey Chardon, Defendants' Attorneys, Matthew Wahrer, Alexander Beals, and John Wall, III by filing the motion via ECF which will electronically serve the parties of record.

Dated: March 14, 2025                                     Respectfully submitted,

                                                              /s/ Kristine C. Hanly Kristine Hanly Esq.,
ME BAR #4500
Hanly Law
254 Commercial St., Suite 245
Portland, ME 04101
Kristine@HanlyLaw.com