UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ZACHARY SWAIN | ) |
| | ) |
| v. | ) CIVIL NO. 1:22-cv-00408-SDN |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |

ORDER OF DISMISSAL

This action having been reported settled on February 11, 2026, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

/s/ Stacey D. Neumann
U.S. District Judge

Dated this 23rd day of March, 2026.